

FILED

JAMES J. VILT, JR. - CLERK

NOV - 5 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**AVARON SIMS** (1)
a/k/a MOOK, a/k/a REAPER
**JULIO CONTRERAS** (1)
**PATRICK RUSSO** (1)
a/k/a CROOKS
**MALEEK SPALDING** (1-8, 13, 14, 16, 18, 19-21)
a/k/a LEEK
**DOMINIQUE FARRIS** (1, 4, 5, 9-12, 15, 17-19, 22)
a/k/a DOMO
**JARON BLINCOE ROBINSON** (1, 8, 14)
a/k/a RONDO
**AMANDA FOLEY** (1, 15)

INDICTMENT

NO. 3:24-CR-118-BJB

18 U.S.C. § 2
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
(*Conspiracy to Possess with Intent to Distribute Controlled Substances*)

Beginning on a date unknown to the Grand Jury, but at least as early as February 22, 2024, and continuing up to and through on or about November 4, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, **AVARON SIMS**, a/k/a MOOK, a/k/a REAPER, **JULIO CONTRERAS**, **PATRICK RUSSO**, a/k/a CROOKS, **MALEEK SPALDING**, a/k/a LEEK, **DOMINIQUE FARRIS**, a/k/a DOMO, **JARON BLINCOE ROBINSON**, a/k/a RONDO, and **AMANDA FOLEY**, defendants herein, knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to possess with the intent to distribute and distributed controlled substances, including 50 grams or more of methamphetamine and 400 grams or more of a mixture and substance containing a

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," Schedule II controlled substances, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A).

The Grand Jury further charges:

COUNT 2
*(Distribution of Fentanyl)*

On or about February 22, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, a defendant herein, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

COUNT 3
*(Distribution of Fentanyl)*

On or about March 20, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, a defendant herein, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

The Grand Jury further charges:

## COUNT 4
*(Distribution of Fentanyl)*

On or about April 11, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, and **DOMINIQUE FARRIS**, a/k/a DOMO, defendants herein, aided and abetted by each other, knowingly and intentionally distributed a mixture and substance containing a detectable amount of a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.


The Grand Jury further charges:

## COUNT 5
*(Distribution of Fentanyl)*

On or about April 16, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, and **DOMINIQUE FARRIS**, a/k/a DOMO, defendants herein, aided and abetted by each other, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 6
*(Distribution of Fentanyl)*

On or about May 8, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, a defendant herein, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 7
*(Distribution of Fentanyl)*

On or about May 22, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, a defendant herein, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 8
*(Distribution of Fentanyl)*

On or about June 2, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, and **JARON BLINCOE ROBINSON**, a/k/a

RONDO, defendants herein, aided and abetted by each other, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 9
*(Distribution of Methamphetamine)*

On or about June 3, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE FARRIS**, a/k/a DOMO, a defendant herein, aided and abetted by another and others, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 10
*(Distribution of Methamphetamine)*

On or about June 4, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE FARRIS**, a/k/a DOMO, a defendant herein, aided and abetted by another and others, knowingly and intentionally distributed 50 grams or more of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 11
### *(Distribution of Fentanyl)*

On or about June 10, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE FARRIS**, a/k/a DOMO, a defendant herein, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 12
### *(Distribution of Methamphetamine)*

On or about June 16, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE FARRIS**, a/k/a DOMO, a defendant herein, aided and abetted by another and others, knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 13
*(Distribution of Fentanyl)*

On or about June 20, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, a defendant herein, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

The Grand Jury further charges:

## COUNT 14
*(Distribution of Fentanyl)*

On or about July 2, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, and **JARON BLINCOE ROBINSON**, a/k/a RONDO, defendants herein, aided and abetted by each other, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 15
*(Distribution of Methamphetamine)*

On or about July 10, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE FARRIS**, a/k/a DOMO, and **AMANDA FOLEY**, defendants herein, aided and abetted by each other, knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 16
*(Distribution of Fentanyl)*

On or about July 17, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, a defendant herein, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

The Grand Jury further charges:

## COUNT 17
### *(Distribution of Fentanyl)*

On or about July 29, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE FARRIS**, a/k/a DOMO, a defendant herein, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 18
### *(Distribution of Fentanyl)*

On or about August 1, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, and **DOMINIQUE FARRIS**, a/k/a DOMO, defendants herein, aided and abetted by each other, knowingly and intentionally distributed a mixture and substance containing a detectable amount of a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 19
*(Distribution of Methamphetamine)*

On or about August 8, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE FARRIS**, a/k/a DOMO, and **MALEEK SPALDING**, a/k/a LEEK, defendants herein, aided and abetted by each other, knowingly and intentionally distributed 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 20
*(Distribution of Fentanyl)*

On or about August 26, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, a defendant herein, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 21
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about August 26, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **MALEEK SPALDING**, a/k/a LEEK, a defendant herein, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 22
*(Distribution of Fentanyl)*

On or about October 17, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **DOMINIQUE FARRIS**, a/k/a DOMO, a defendant herein, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1) and 846 as charged in this Indictment, felonies punishable by imprisonment for more than one year, **AVARON SIMS**, a/k/a MOOK, a/k/a REAPER, **JULIO CONTRERAS**, **PATRICK RUSSO**, a/k/a CROOKS, **MALEEK SPALDING**, a/k/a LEEK, **DOMINIQUE**

**FARRIS**, a/k/a DOMO, **JARON BLINCOE ROBINSON**, a/k/a RONDO, and **AMANDA FOLEY**, defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained directly or indirectly, as a result of said offenses, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

As a result of committing an offense in violation of Title 18, United States Code, Section 924(c)(1)(A), as alleged in this Indictment, a felony punishable by imprisonment for more than one year, **MALEEK SPALDING**, a/k/a LEEK, a defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense.

A TRUE BILL.

Redacted

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:FED: 11/05/2024

UNITED STATES OF AMERICA v. **AVARON SIMS**, a/k/a MOOK, a/k/a REAPER, **JULIO CONTRERAS, PATRICK RUSSO**, a/k/a CROOKS, **MALEEK SPALDING**, a/k/a LEEK, **DOMINIQUE FARRIS**, a/k/a DOMO, **JARON BLINCOE ROBINSON**, a/k/a RONDO, and **AMANDA FOLEY**

## PENALTIES

| | |
|---|---|
| Count 1: | NL 10 yrs./NM Life./NM $10,000,000/both/NL 5 yrs. Supervised Release pursuant to 21 U.S.C. 841(b)(1)(A) |
| | (NL 15 yrs./$20,000,000/both/NL 10 yrs. Supervised Release (with notice of one prior qualifying conviction)) |
| | (NL 25 yrs./$20,000,000/both/NL 10 yrs. Supervised Release (with notice of two prior qualifying conviction)) |
| | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release pursuant to 21 U.S.C. 841(b)(1)(B) |
| | (NL 10 yr./NM Life/$8,000,000/both/NL 8 yrs. Supervised Release (with one or more prior qualifying convictions)) |
| | NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release pursuant to 21 U.S.C. 841(b)(1)(C) |
| | (NM 30 yr./NM Life/$2,000,000/both/NL 6 yrs. Supervised Release (with one or more prior qualifying convictions)) |
| Counts 2, 5-8, 10-12, 15, 17, 20: | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release (each count) |
| | (NL 10 yr./NM Life/$8,000,000/both/NL 8 yrs. Supervised Release (with one or more prior qualifying convictions)) |
| Counts 3, 4, 13, 14, 16, 18, 22: | NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release (each count) |
| | (NM 30 yr./NM Life/$2,000,000/both/NL 6 yrs. Supervised Release (with one or more prior qualifying convictions)) |
| Counts 9, 19: | NL 10 yrs./NM Life./NM $10,000,000/both/NL 5 yrs. Supervised Release (each count) |
| | (NL 15 yrs./$20,000,000/both/NL 10 yrs. Supervised Release (with notice of one prior qualifying conviction)) |
| | (NL 25 yrs./$20,000,000/both/NL 10 yrs. Supervised Release (with notice of two prior qualifying conviction)) |
| Count 21: | NL 5 yrs./NM life/$250,000/both/NM 5 yrs. Supervised Release (consecutive) |

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2.      Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.      Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

<u>RESTITUTION</u>

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

<u>APPEAL</u>

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

<u>PAYMENTS</u>

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.